UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HAROLD WILSON STONE, III,<br><br>    Petitioner,<br><br> v.<br><br>ROSIE RIVERA,<br><br>    Respondent. | Case No. 2:25-cv-02120-TL-TLF<br><br>[PROPOSED] ORDER |

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Court orders this case be transferred to the District of Utah fourteen (14) days after the issuance of this Order in accordance with the Local Civil Rule 3 and the case be closed.

//

//

//

[PROPOSED] ORDER - 1

  (3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Theresa L. Fricke.

  Dated this 5th day of December, 2025.

_____
TANA LIN
United States District Judge

[PROPOSED] ORDER - 2